❀AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**DEANNA INGRID MORALES aka
DEANNA MORALES GUERRERO**

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR-05-00039-003

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> 4th Floor, U.S. Courthouse <br> 520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Friday, May 27, 2005 at 10:00 a.m. |

To answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

21:952(a), 960(a)(1), (b)(1)(H) & 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)

21:841(a)(1), (b)(1)(A)(viii) & 846 - ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 3)

| MARILYN B. ALCON, Deputy Clerk | _Marilyn B. Alcon_ |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

**May 25, 2005**
Date

## RETURN OF SERVICE

Service was made by me on:[1] _John Brennan_   Date _5/25/005_

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: SERVED TO DEFENDANTS ATTORNEY

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _5-27-05_   _J.C.G. SALAS_
Date                    Name of United States Marshal

_S/DUSM FRANKLIN J. MAITAGUE_
(by) Deputy United States Marshal

Remarks: _Attorney from Tecker_

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.