AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

**FILED**
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

LISA MARIE RODRIGUEZ aka
LISA RODRIGUEZ-COLE

**WARRANT FOR ARREST**

Case Number: CR-05-00039-007

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    LISA MARIE RODRIGUEZ aka LISA RODRIGUEZ-COLE
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with    (brief description of offense)
21:952(a), 960(a)((1), (b)(1)(H) & 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METAMPHETAMINE HYDROCHLORIDE (COUNT 2)

18:1956(a)(1)(B)(i), 1956(h) & 2 - MONEY LAUNDERING CONSPIRACY (COUNT 4)

in violation of Title _____ United States Code, Section(s) _____

MARILYN B. ALCON
Name of Issuing Officer

*[signature] Marilyn B. Alcon*
Signature of Issuing Officer

Depuy Clerk
Title of Issuing Officer

Date                Location

**ORIGINAL**

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Hagatna

| DATE RECEIVED 5/25/2005 | NAME AND TITLE OF ARRESTING OFFICER Jeff Buenas | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 5/27/2005 | | |