Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
**GILBERT JOSE MATTA**

**FILED**
DISTRICT COURT OF GUAM

JUN - 6 2005

MARY L.M. MORAN
CLERK OF COURT

(31)

## U.S. DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, | |
| vs. | NOTICE OF HEARING ON DEFENDANT GILBERT JOSE MATTA'S MOTION TO RECONSIDER DETENTION |
| GERARDO ELOY GONZALEZ, JR., JOHN TIMOTHY PERALTA, DEANNA INGRID MORALES a/k/a DEANNA MORALES GUERRERO, SEAN MICHAEL COLE a/k/a SHAWN COLE, GILBERT JOSE MATTA, JESSICA ROSE MESA, LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, AND ANNETTE JOYCE GONZALEZ a/k/a ANNETTE ROMERO | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendant **GILBERT JOSE MATTA's** Motion to Reconsider Detention shall come on for hearing before the Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge, U.S. District Court of Guam, on June 15, 2005 at 11:30 a.m.

//

-1-

ORIGINAL

NOTICE OF HEARING ON DEFENDANT GILBERT MATTA'S MOTION TO RECONSIDER DETENTION
United States of America v. Gilbert Jose Matta, et al.
U.S. District Court of Guam, Criminal Case No. 05-00039

Respectfully submitted this 6th day of June, 2005.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**GILBERT JOSE MATTA**

By: _____
LOUIE J. YANZA