Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
GILBERT JOSE MATTA



**FILED**
DISTRICT COURT OF GUAM

JUN - 6 2005

MARY L.M. MORAN
CLERK OF COURT



# U.S. DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00039 |
|---|---|
| Plaintiff, | AGREEMENT TO HEARING DATE; CERTIFICATE OF SERVICE |
| vs. | |
| GERARDO ELOY GONZALEZ, JR., JOHN TIMOTHY PERALTA, DEANNA INGRID MORALES a/k/a DEANNA MORALES GUERRERO, SEAN MICHAEL COLE a/k/a SHAWN COLE, GILBERT JOSE MATTA, JESSICA ROSE MESA, LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, AND ANNETTE JOYCE GONZALEZ a/k/a ANNETTE ROMERO | |
| Defendants. | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Louie J. Yanza, am counsel for Defendant GILBERT JOSE MATTA in the above-captioned case.

2. I contacted counsel for the parties in this action and advised counsel that the Court will provide a hearing date for my Motion to Reconsider Detention at a later time, as the Court instructed me to file the petition.

3. The attorneys for the parties in this action are as follows:

-1-

ORIGINAL

a. MARIVIC P. DAVID, Assistant U.S. Attorney, counsel for the United States of America;

b. CURTIS C. VAN DE VELD, ESQ., counsel for Defendant Sean Michael Cole a/k/a Shawn Cole;

c. JOAQUIN C. ARRIOLA, JR., ESQ., counsel for Defendant Jessica Rose Mesa;

d. CYNTHIA V. ECUBE, counsel for Defendant Annette Joyce Gonzalez a/k/a Anette Romero;

e. WILLIAM L. GAVRAS, ESQ., counsel for Defendant John Timothy Peralta; and

f. SAMUEL S. TEKER, ESQ., counsel for Defendant Deanna Ingrid Morales a/k/a Deanna Morales Guerrero.

Respectfully submitted this 6th day of June, 2005.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**GILBERT JOSE MATTA**

By: _____
LOUIE J. YANZA

# CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before June 6, 2005, I caused to be sent by personal service or by facsimile a copy of the annexed **Agreement to Hearing Date; Certificate of Service**, to the following parties at their place of business:

**Ms. Marivic P. David**
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatña, Guam 96910
**Counsel for the United States of America**

**Curtis C. Van de Veld, Esq.**
VAN DE VELD, SHIMIZU, CANTO & FISHER
Suite 101, De La Corte Building
167 East Marine Corps. Drive
Hagatña, Guam 96910
**Counsel for Defendant Sean Michael Cole a/k/a Shawn Cole**

**Joaquin C. Arriola, Jr., Esq.**
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagatña, Guam 96910
**Counsel for Defendant Jessica Rose Mesa**

**Ms. Cynthia V. Ecube**
LAW OFFICES OF CYNTHIA V. ECUBE
207 Martyr Street, Suite 3
Travel Pacificana Building
Hagatña, Guam 96910
**Counsel for Defendant Annette Joyce Gonzalez a/k/a Anette Romero**

**William L. Gavras, Esq.**
LAW OFFICES OF GORMAN & GAVRAS
2nd Floor, J&R Building
208 Route 4
Hagatña, Guam 96910
**Counsel for Defendant John Timothy Peralta**

**Samuel S. Teker, Esq.**
TEKER TORRES & TEKER, P.C.
130 Aspinall Avenue, Suite 2A
Hagatña, Guam 96910
**Counsel for Defendant Deanna Ingrid Morales a/k/a Deanna Morales Guerrero**

Dated this 6th day of June, 2005.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**GILBERT JOSE MATTA**

By: _____
LOUIE J. YANZA