IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
## CRIMINAL MINUTES
### (SEALED)

**FILED**
DISTRICT COURT OF GUAM
JUN 14 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00039-003**       **DATE: 06/14/2005**       **TIME: 2:51 p.m.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**HON. RICARDO S. MARTINEZ, Designated Judge, Presiding**       Law Clerk: NONE PRESENT

Court Reporter: Wanda M. Miles       Courtroom Deputy: Virginia T. Kilgore

Hearing Electronically Recorded: 2:51:07 - 3:13:32       CSO: B. Pereda / D. Quinata

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* **A P P E A R A N C E S** \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFT: DEANNA INGRID MORALES aka**       **ATTY : SAMUEL TEKER**

**DEANNA MORALES GUERRERO**

( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.       ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID**       **AGENT: ERWIN FEJERAN, IMMIGRATION AND CUSTOMS ENFORCEMENT**

**U.S. PROBATION: ROBERT CARREON**       **U.S. MARSHAL: S. LUJAN**

INTERPRETER:_____   ( ) SWORN       LANGUAGE: _____
( ) PREVIOUSLY SWORN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PROCEEDINGS:   CHANGE OF PLEA

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: _38_   HIGH SCHOOL COMPLETED: _High School Graduate_
( ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
   OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT   ( ) INFORMATION   ( ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*   ( ) *NOT GUILTY* - TO: COUNT II - CONSPIRACY TO DISTRIBUTE MORE THAN 100
                              GRAMS OF METHAMPPHETAMINE HYDROCHLORIDE
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: _SEPTEMBER 9, 2005_ at _10:00 A.M._ ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: _AUGUST 5, 2005_
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**

**Courtroom Deputy:** _____