IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
(SEALED)

FILED
DISTRICT COURT OF GUAM
JUN 16 2005
MARY L.M. MORAN
CLERK OF COURT

| | | |
|---|---|---|
| **CASE NO. 05-00039-005** | **DATE: 06/16/2005** | **TIME: 2:48 p.m.** |

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**
Court Reporter: Wanda M. Miles
Hearing Electronically Recorded: 2:48:24 - 2:59:25
Law Clerk: None Present
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Pereda / D. Quinata

(36)

*********************APPEARANCES*******************************

**DEFT: GILBERT JOSE MATTA**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.

**ATTY : LOUIE YANZA**
( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID
U.S. PROBATION: CARLEEN BORJA

AGENT:
U.S. MARSHAL: W. GRAY

**PROCEEDINGS:**  MOTION TO RECONSIDER DETENTION

( X ) MOTION(s) ARGUED BY   ( X ) GOVERNMENT   ( X ) DEFENDANT(s)
( ) MOTION(s)  ___Granted  ___Denied  ___Withdrawn  ___Under Advisement
( ) ORDER SUBMITTED  ___Approved  ___Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Defense informed the Court that he received consent from Mr. Arriola's client to lift the stay away order and to allow his client to live with co-defendant Jessica Mesa. The Government did not have any objection to Defendant's release, however, requested that Defendant reside at a fixed address. The Court continued detention pending Mr. Yanza receiving consent from Ms. Mesa's parents to reside in their home and the probation's report that electronic monitoring is possible.

( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions-
next page

Courtroom Deputy: _____