(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for defendant
   Sean Michael Cole



**FILED**
DISTRICT COURT OF GUAM
JUN 22 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 05-00039 |
| Plaintiff, | ) SUBSTITUTION OF ATTORNEYS |
| vs. | ) |
| GERARDO ELOY GONZALEZ, JR., et al., | ) |
| Defendants. | ) |

------------

Sean M. Cole, one of the defendants herein, substitutes Howard Trapp Incorporated, Howard Trapp, Esq., as his retained attorney of record in the above-entitled proceeding in place of Curtis C. Van de Veld, Esq., his court-appointed attorney of record in the above-entitled proceeding, each of the undersigned

**ORIGINAL**

(SUBSTITUTION OF ATTORNEYS)
Criminal Case No. 05-00039

consenting hereto.

Dated at Mangilao, Guam, this 20th day of June, 2005.

_____
SEAN MICHAEL COLE
Defendant

Dated at Hagåtña, Guam, this 20th day of June, 2005.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Substituting attorney for defendant

Dated at Hagåtña, Guam, this 21st day of June, 2005.

_____
For CURTIS C. VAN DE VELD
Withdrawing attorney for defendant

**APPROVED AND SO ORDERED.**

Dated at Hagåtña, Guam, this 22nd day of June, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

(DOCUMENT\SUBATTY.SCole)

**RECEIVED**
JUN 21 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2

Case 1:05-cr-00039   Document 37   Filed 06/22/2005   Page 2 of 2