ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUL - 5 2005
MARY L.M. MORAN
CLERK OF COURT
(46)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, ) | |
| vs. ) | |
| GERARDO ELOY GONZALEZ, JR., ) | MOTION TO DISMISS |
| JOHN TIMOTHY PERALTA, ) | INDICTMENT; AND |
| DEANNA INGRID MORALES ) | ORDER |
| a/k/a DEANNA MORALES GUERRERO, ) | |
| SEAN MICHAEL COLE ) | |
| a/k/a SHAWN COLE, ) | |
| GILBERT JOSE MATTA, ) | |
| JESSICA ROSE MESA, ) | |
| LISA MARIE RODRIGUEZ ) | |
| a/k/a LISA RODRIGUEZ-COLE, and ) | |
| ANNETTE JOYCE GONZALEZ ) | |
| a/k/a ANNETTE ROMERO, ) | |
| Defendants. ) | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause, as to defendant GERARDO ELOY GONZALEZ, JR., be dismissed, for the reason that the defendant has waived indictment and

//
//
//
//

entered a plea of guilty to an Information on May 31, 2005, under Criminal Case No. 05-00042, which said Information has incorporated similar criminal acts described in the Indictment.

Respectfully submitted this 5th day of July, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

**APPROVED AND SO ORDERED** this ____ day of __July__, 2005.

_____
ROBERT M. TAKASUGI*
Designated Judge
District Court of Guam

*The Honorable Robert M. Takasugi, United States District Court Judge for the Central District of California, sitting by designation



RECEIVED
JUL - 5 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM