1 LEONARDO M. RAPADAS
United States Attorney
2 MARIVIC P. DAVID
Assistant U.S. Attorney
3 Suite 500, Sirena Plaza
108 Hernan Cortez
4 Hagåtña, Guam 96910
Telephone: (671) 472-7332
5 Telecopier: (671) 472-7334

6 Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 11 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00048 05-00039 |
| Plaintiff, | |
| vs. | **STIPULATION OF PARTIES TO UNSEAL RECORD; AND ORDER** |
| GERARDO ELOY GONZALEZ, JR., JOHN TIMOTHY PERALTA, DEANNA INGRID MORALES a/k/a DEANNA MORALES GUERRERO, SEAN MICHAEL COLE a/k/a SHAWN COLE, GILBERT JOSE MATTA, JESSICA ROSE MESA, LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, and ANNETTE JOYCE GONZALEZ a/k/a ANNETTE ROMERO, | |
| Defendants. | |

The parties in the above-entitled matter, the United States of America, and the defendants, by and through their respective counsel, and moves this Honorable Court for an Order unsealing

//
//
//
//
//



| | |
|---|---|
| 1 | the record in the above-entitled cause, for the reason that the investigation in this case is now |
| 2 | complete and there is no further reason for these proceedings to remain silent. |
| 3 | SO STIPULATED. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 7/8/05

By: *[signature]*
MARIVIC P. DAVID
Assistant U.S. Attorney

DATED: 7/8/05

*[signature]*
CYNTHIA V. ECUBE
Attorney for Defendant
Gerardo Eloy Gonzalez, Jr.

DATED: 7-8-05

*[signature]*
WILLIAM L. GAVRAS
Attorney for Defendant
John Timothy Peralta

DATED: 7-11-05

*[signature]*
SAMUEL S. TEKER
Attorney for Defendant
Deanna Ingrid Morales

DATED: _____

HOWARD TRAPP
Attorney for Defendant
Sean Michael Cole

DATED: 7/8/05

*[signature]*
LOUIE J. YANZA
Attorney for Defendant
Gilbert Jose Matta

//
//
//
//
//

DATED: 7/1/͟  
                                        JOAQUIN C. ARRIOLA, JR.  
                                        Attorney for Defendant  
                                        Lisa Marie Rodriguez  
                                        JESSICA MESA

**IT IS SO ORDERED** that the record be unsealed this 11d day of July, 2005.

                                        ROBERT M. TAKASUGI*  
                                        United States District Judge  
                                        District Court of Guam

*The Honorable Robert M. Takasugi, United States District Court Judge for the Central District of California, sitting by designation



RECEIVED  
JUL 1 1 2005  
DISTRICT COURT OF GUAM  
HAGATNA, GUAM

-3-