FILED
DISTRICT COURT OF GUAM
JUL 29 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00039-008 |
| Plaintiff, | |
| vs. | O R D E R |
| ANNETTE JOYCE GONZALEZ aka ANNETTE ROMERO, | |
| Defendant. | |

IT IS HEREBY ORDERED that **DAVID RIVERA** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to July 28, 2005.

Dated this 29th day of July, 2005.

_____
FRANCES M. TYDINGCO-GATEWOOD, Designated Judge
DISTRICT COURT OF GUAM