IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


**DISTRICT COURT OF GUAM**
AUG -2 2005
**MARY L.M. MORAN**
**CLERK OF COURT**

**CASE NO. 05-00039-005**  **DATE: 08/02/2005**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge   Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles                      Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 1:53:13 - 1:56:12   CSO: J. McDonald / J. Lizama
                                                     **TIME: 1:53 P.M.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: GILBERT JOSE MATTA**                **ATTY: LOUIE YANZA**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                AGENT:

U.S. PROBATION: JOHN SAN NICOLAS            U.S. MARSHAL: J. CURRY

**PROCEEDINGS:   MOTION TO RECONSIDER DETENTION**

( ) MOTION(s) ARGUED BY   ( ) GOVERNMENT   ( ) DEFENDANT(s)
( ) MOTION(s)  ___Granted  ___Denied  ___Withdrawn  ___ Under Advisement
( ) ORDER SUBMITTED   ___Approved   ___Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Government stated that it supports the probation officer's recommendation as reflected in the letter dated July 6. Defense counsel informed the Court that since Mr. Mesa has withdrawn his consent counsel is unable to go forward with his motion. Accordingly, the Court DENIED the motion.

( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions-
                                                    next page

Courtroom Deputy: ____