Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

**Attorneys for Defendant**
**GILBERT JOSE MATTA**

**FILED**
DISTRICT COURT OF GUAM

AUG 11 2005

MARY L.M. MORAN
CLERK OF COURT

# U.S. DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

GERARDO ELOY GONZALEZ, JR., JOHN TIMOTHY PERALTA, DEANNA INGRID MORALES a/k/a DEANNA MORALES GUERRERO, SEAN MICHAEL COLE a/k/a SHAWN COLE, GILBERT JOSE MATTA, JESSICA ROSE MESA, LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, AND ANNETTE JOYCE GONZALEZ a/k/a ANNETTE ROMERO

        Defendants.      /

**CRIMINAL CASE NO. 05-00039**

**NOTICE OF HEARING ON DEFENDANT GILBERT JOSE MATTA'S MOTION TO SEVER SECOND COUNT OF THE INDICTMENT AND FOR SEPARATE TRIAL**

    NOTICE IS HEREBY GIVEN that Defendant **GILBERT JOSE MATTA's** Motion to Sever Second Count of the Indictment and for Separate Trial shall come on for hearing before the U.S. District Court of Guam, 520 West Soledad Avenue, Hagåtña, Guam 96910, on _August 15, 2005_ at _1:30 p_ .m.

//

-1-

ORIGINAL

Respectfully submitted this 10th day of August, 2005.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Defendant
**GILBERT JOSE MATTA**

By: _____
**LOUIE J. YANZA**



RECEIVED

AUG 1 0 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-