DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL



DISTRICT COURT OF GUAM
AUG 15 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 05-00039            DATE: August 15, 2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: JUDITH HATTORI
Court Reporter: Wanda M. Miles                                           Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 1:44:16 - 2:13:31            CSO: J. McDonald

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEFT: __JESSICA ROSE MESA__              ATTY: __JOAQUIN C. ARRIOLA, JR.__
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.         ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

DEFT: __GILBERT JOSE MATTA__              ATTY: __LOUIE YANZA__
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.         ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                AGENT: JOHN DUENAS, B.I.C.E.

U.S. PROBATION: GRACE FLORES                U.S. MARSHAL: S. LUJAN

INTERPRETER: _____  ( ) SWORN   LANGUAGE: _____

PROCEEDINGS:          MOTION TO SEVER

( X ) MOTION(s) ARGUED BY   ( ) GOVERNMENT    ( X ) DEFENDANT(s)
( X ) MOTION(s)  ___Granted  ___Denied  ___Withdrawn   X  Under Advisement
(  ) ORDER SUBMITTED    ___Approved    ___Disapproved
( X ) ORDER to prepared By: COURT
(  ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

Defense counsel argued their position on their perspective motion. Rebuttal argument by government.

The court took the matter under submission and stated that a decision will be issued shortly.

Mr. Yanza moved to lift the stay away order for his client with regard to Ms. Mesa. Government had no objections. - granted.

( X ) DEFENDANT *MATTA* REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( X ) DEFENDANT *MESA* RELEASED ON PERSONAL RECOGNIZANCE AS PREVIOUSLY ORDERED

Courtroom Deputy: _____