Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
GILBERT JOSE MATTA

FILED
DISTRICT COURT OF GUAM
AUG 15 2005
MARY L.M. MORAN
CLERK OF COURT

# U.S. DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, | |
| vs. | DEFENDANT GILBERT JOSE MATTA'S REPLY MEMORANDUM IN SUPPORT OF HIS MOTION TO SEVER SECOND COUNT OF THE INDICTMENT AND FOR SEPARATE TRIAL; CERTIFICATE OF SERVICE |
| GERARDO ELOY GONZALEZ, JR., JOHN TIMOTHY PERALTA, DEANNA INGRID MORALES a/k/a DEANNA MORALES GUERRERO, SEAN MICHAEL COLE a/k/a SHAWN COLE, GILBERT JOSE MATTA, JESSICA ROSE MESA, LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, AND ANNETTE JOYCE GONZALEZ a/k/a ANNETTE ROMERO | |
| Defendants. | |

## REPLY MEMORANDUM

### I.

### INTRODUCTION

The problem with the Government's Opposition is that the Government does nothing to explain or address the prejudices the Defendant will face, and none of the case law cited by the Government are on-point to apply in this case.

-1-

The Government relies on F.R.E. 801(d)(2)(e) for the proposition that Co-Defendant SEAN MICHAEL COLE's ("COLE") statements may be introduced at trial against Defendant GILBERT JOSE MATTA ("MATTA"), as the statements of the Defendants were made during the course of, and in furtherance of the conspiracy. Opposition, p. 4. But there is nothing on the record, in discovery or any evidence the Government can adduce during trial that Defendants MATTA and COLE were in a conspiracy with the other Defendants to distribute methamphetamine. Without any evidence pointing to a conspiracy, the statements are nothing but hearsay and to permit the hearsay statements to come in, would be a blatant violation of Defendant MATTA's right to confront and cross-examine. As shown in the Government's Opposition, the Government completely skirts this issue because the Government cannot, and will not, be able to prove a conspiracy existed between Defendants MATTA, COLE, MESA and the other Defendants with MATTA.

## II.

### THE DEFENDANT WILL SUFFER PREJUDICE IF THE CHARGES OF COUNTS ARE NOT SEVERED

Defendant MATTA urges the Court not to lose sight of the fact that if in the event this case is not severed, Defendant MATTA will face three (3) prejudices. First, Defendant MATTA is currently being charged with conspiracy to distribute, which involves different dates and different defendants who have no link to Defendant MATTA. The only purpose for the Government to introduce all this evidence at a single trial would be to solely prove Defendant MATTA's criminal disposition. That since all the other Defendants conspired and plead guilty, Defendant MATTA must have also done it – or,

he may have not done it, but since the other Defendants are charged, he must have done something.

The second prejudice Defendant MATTA faces is that all the facts involving the other Defendants are irrelevant and, therefore, inadmissible as a matter of law. It would be difficult for the jury to separate each crime with the evidence while hearing and seeing testimony that the Defendant conspired with COLE and MESA.

The last prejudice the Defendant would face would be that the jury would be suspicious of the Defendant's testimony if he only testifies as to the second count, but does not testify as to the circumstances surrounding the other actions involving the other counts. Cross v. United States, 335 F. 2d 987 (D.C. Cir. 1964). For example, if the Defendant testifies to the charges involving the second count, but asserts his Fifth Amendment right to remain silent on the other counts, the jury will suspect the Defendant is hiding something. The Government has not addressed these prejudices, and nowhere in the Government's Opposition does it cite case laws to the contrary. It would be unimaginably difficult for the jury to separate one offense from the other.

## CONCLUSION

For the above enumerated reasons, Defendant MATTA respectfully requests that his Motion to Sever Second Count of the Indictment and for Separate Trial be granted in his favor, and that he be tried separately for the Second Count of the Indictment.

Respectfully submitted this 15th day of August, 2005.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
GILBERT JOSE MATTA

By: _____
LOUIE J. YANZA

-3-

# CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before August 15, 2005, I caused to be sent by personal service or by facsimile a copy of the annexed **Defendant Gilbert Jose Matta's Reply Memorandum in Support of His Motion to Sever Count of the Indictment and for Separate Trial; Certificate of Service**, to the following parties at their place of business:

| | |
|---|---|
| **Ms. Marivic P. David**<br>Assistant U.S. Attorney<br>Suite 500, Sirena Plaza<br>108 Hernan Cortez Avenue<br>Hagatña, Guam 96910<br>**Counsel for the United States of America** | **Howard G. Trapp, Esq.**<br>HOWARD TRAPP INCORPORATED<br>200 Saylor Building<br>139 Chalan Santo Papa<br>Hagatña, Guam 96910<br>**Counsel for Defendant Sean Michael Cole a/k/a Shawn Cole** |
| **Joaquin C. Arriola, Jr., Esq.**<br>ARRIOLA, COWAN & ARRIOLA<br>259 Martyr Street, Suite 201<br>Hagatña, Guam 96910<br>**Counsel for Defendant Jessica Rose Mesa** | **Ms. Cynthia V. Ecube**<br>LAW OFFICES OF CYNTHIA V. ECUBE<br>207 Martyr Street, Suite 3<br>Travel Pacificana Building<br>Hagatña, Guam 96910<br>**Counsel for Defendant Annette Joyce Gonzalez a/k/a Anette Romero** |
| **William L. Gavras, Esq.**<br>LAW OFFICES OF GORMAN & GAVRAS<br>2nd Floor, J&R Building<br>208 Route 4<br>Hagatña, Guam 96910<br>**Counsel for Defendant John Timothy Peralta** | **Samuel S. Teker, Esq.**<br>TEKER TORRES & TEKER, P.C.<br>130 Aspinall Avenue, Suite 2A<br>Hagatña, Guam 96910<br>**Counsel for Defendant Deanna Ingrid Morales a/k/a Deanna Morales Guerrero** |

// 

//

DEFENDANT GILBERT JOSE MATTA'S REPLY MEMORANDUM IN SUPPORT OF HIS MOTION TO SEVER SECOND COUNT OF THE INDICTMENT AND FOR SEPARATE TRIAL; CERTIFICATE OF SERVICE
United States of America v. Gerardo Eloy Gonzalez, et al.
U.S. District Court of Guam, Criminal Case No. 05-00039

**G. Patrick Civille, Esq.**
CIVILLE & TANG, PLLC
Suite 200, 330 Hernan Cortez Avenue
Hagatña, Guam 96910
**Counsel for Defendant Lisa Marie Rodriguez a/k/a Lisa Rodriguez-Cole**

Dated this 15 day of August, 2005.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**GILBERT JOSE MATTA**

By: _____
LOUIE J. YANZA