```
LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America
```

FILED
DISTRICT COURT OF GUAM
AUG 23 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, | UNITED STATES' MOTION TO RELEASE GRAND JURY TRANSCRIPTS |
| vs. | |
| GILBERT JOSE MATTA and JESSICA ROSE MESA, | |
| Defendants. | |

COMES NOW the United States and moves this Honorable Court for an order allowing the release to defense counsel, Joaquin C. Arriola, Jr., and Louie J. Yanza, of the testimony of the witnesses who appeared before the Grand Jury in this matter and who will testify at trial. Presently, these transcripts are sealed pursuant to Federal Rules of Criminal Procedure 6(e); counsel is entitled to receive them after the witnesses' testimony pursuant to 18 U.S.C. § 3500.

//
//
//
//
//
//
//

1 | This motion is made for the reason that release of this document prior to the testimony of
2 | the witnesses will expedite the timely conduct of the trial itself.
3 | Respectfully submitted this 23rd day of August, 2005.

```
                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI

                                  By:   /s/ Marivic P. David
                                        MARIVIC P. DAVID
                                        Assistant U.S. Attorney
```