LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 23 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> GILBERT JOSE MATTA, and ) <br> JESSICA ROSE MESA, ) <br> ) <br> Defendants. ) | CRIMINAL CASE NO. 05-00039 <br><br> **UNITED STATES'** <br> **WITNESS LIST** |

Pursuant to the order of this Court, the United States hereby submits the attached witness list for purposes of voir dire.

Respectfully submitted this 23rd day of August, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

<pre>
 1                                    WITNESS LIST
 2
    John Duenas
 3  U.S. Immigration & Customs Enforcement
    472-7265
 4
    Matthew Goward
 5  U.S. Immigration & Customs Enforcement
    472-7265
 6
    Michael Hernandez
 7  U.S. Immigration & Customs Enforcement
    472-7265
 8
    Erwin T. Fejeran
 9  U.S. Immigration & Customs Enforcement
    472-7265
10
    Nadine Y. Concepcion
11  Guam Customs & Quarantine Agency
    475-6202 / 642-8071
12
    Franklin Taitague
13  Guam Customs & Quarantine Agency
    475-6202 / 642-8071
14
    Jeffrey Palacios
15  Guam Customs & Quarantine Agency
    475-6202 / 642-8071
16
    John Evangelista
17  Guam Customs & Quarantine Agency
    475-6202 / 642-8071
18
    Ahmad Rice
19  Forensic Chemist
    Drug Enforcement Administration
20  SouthWestern Lab
    (760) 597-7923
21
    Mia Mary Rojas
22
    Gerardo E. Gonzalez, Jr.
23
    Annette Joyce Gonzalez
24
    Sean Michael Cole
25
    John Timothy Peralta
26
27
28
                                       - i -
</pre>