Matta&Mesa.Exhibits

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 23 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> GILBERT JOSE MATTA, and ) <br> JESSICA ROSE MESA, ) <br> ) <br> Defendants. ) <br> _____ ) | CRIMINAL CASE NO. 05-00039 <br><br> **UNITED STATES' EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this 23rd day of August 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1. | Two photos of condom-wrapped drugs | _____ | _____ |
| 2. | Bag of 150.4 grams of methamphetamine HCL | _____ | _____ |
| 3. | DEA lab report - 150.4 grams of methamphetamine HCL | _____ | _____ |
| 4. | Audio tape of telephone call b/w Gerardo Gonzalez and Annette Gonzalez | _____ | _____ |
| 5. | Transcript of telephone call b/w Gerardo Gonzalez and Annette Gonzalez | _____ | _____ |
| 6. | Audio tape of telephone call b/w Gerardo Gonzalez and John Peralta | _____ | _____ |
| 7. | Transcript of telephone call b/w Gerardo Gonzalez and John Peralta | _____ | _____ |
| 8. | Videotape of meeting w/ Mia Rojas, Gerardo Gonzalez, and John Peralta | _____ | _____ |
| 9. | Transcript of meeting w/ Mia Rojas, Gerardo Gonzalez, and John Peralta | _____ | _____ |
| 10. | Audiotape of 7:50 p.m. telephone call, b/w Gerardo Gonzalez and Sean Cole | _____ | _____ |
| 11. | Transcript of 7:50 p.m. telephone call, b/w Gerardo Gonzalez and Sean Cole | _____ | _____ |
| 12. | Audiotape of 8:15 p.m. telephone call, b/w Gerardo Gonzalez and Sean Cole | _____ | _____ |
| 13. | Transcript of 8:15 p.m. telephone call, b/w Gerardo Gonzalez and Sean Cole | _____ | _____ |
| 14. | Videotape of meeting w/ Mia Rojas, Gerardo Gonzalez, Sean Cole, Gilbert Matta, and Jessica Mesa | _____ | _____ |
| 15. | Transcript of meeting w/ Mia Rojas, Gerardo Gonzalez, Sean Cole, Gilbert Matta, and Jessica Mesa | _____ | _____ |
| 16. | Waiver of rights form of Gilbert Matta | _____ | _____ |
| 17. | Written statement of Gilbert Matta | _____ | _____ |
| 18. | Waiver of rights form of Jessica Mesa | _____ | _____ |

i

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 19. | Written statement of Jessica Mesa | _____ | _____ |
| 20. | Plea agreement of Mia Mary Rojas | _____ | _____ |
| 21. | Plea agreement of Gerardo Gonzalez | _____ | _____ |
| 22. | Plea agreement of Annette Gonzalez | _____ | _____ |
| 23. | Plea agreement of Sean Cole | _____ | _____ |
| 24. | Plea agreement of John Timothy Peralta | _____ | _____ |