LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG 23 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, ) | |
| vs. ) | **ORDER RE: GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT** |
| GILBERT JOSE MATTA and ) JESSICA ROSE MESA, ) | |
| Defendants. ) | |

The government's request for use of the Court's Digital Evidence Presentation System, at the trial in the above-captioned matter, is approved.

SO ORDERED this 23rd day of August, 2005.

_____
ALEX R. MUNSON*
United States District Judge

---

*The Honorable Alex R. Munson, United States District Judge for the District of the Northern Mariana Islands, sitting by designation.

ORIGINAL