ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG 24 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT JOSE MATTA,<br>JESSICA ROSE MESA, and<br>LISA MARIE RODRIGUEZ<br>a/k/a LISA RODRIGUEZ-COLE,<br><br>Defendants. | CRIMINAL CASE NO. 05-00039<br><br>**SUPERSEDING INDICTMENT**<br><br>**CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 952(a), 960, and 963]<br>(Count I)<br><br>**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1) and 846]<br>(Count II)<br><br>**AIDING AND ABETTING THE ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE**<br>[18 U.S.C. §2; and 21 U.S.C. §§ 841(a)(1) and 846]<br>(Count III)<br><br>**MONEY LAUNDERING CONSPIRACY**<br>[18 U.S.C. §§ 1956(a)(1)(B)(i), 1956(h) and 2]<br>(Count IV) |

THE GRAND JURY CHARGES:

//

## COUNT I - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE

Between and on or about November 2004, the exact date unknown, to May 17, 2005, in the District of Guam and elsewhere, the defendant herein, LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, and Mia Mary Rojas, Gerardo Eloy Gonzalez, Jr., John Timothy Peralta, Deanna Ingrid Morales a/k/a Deanna Morales, Sean Michael Cole a/k/a Shawn Cole, and Annette Joyce Gonzalez a/k/a Annette Romero, and other unknown co-conspirators, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together and with others, to import into the United States from a place outside thereof, over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 952(a), 960, and 963.

## COUNT II - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

Between and on or about November 2004, the exact date unknown, to May 17, 2005, in the District of Guam and elsewhere, the defendants herein, GILBERT JOSE MATTA, JESSICA ROSE MESA, and LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, and Mia Mary Rojas, Gerardo Eloy Gonzalez, Jr., John Timothy Peralta, Deanna Ingrid Morales a/k/a Deanna Morales, Sean Michael Cole a/k/a Shawn Cole, and Annette Joyce Gonzalez a/k/a Annette Romero, and other unknown co-conspirators, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together and with others, to distribute over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1), (b)(1)(A)(viii) and 846.

## COUNT III - AIDING AND ABETTING THE ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE

On or about May 17, 2005, in the District of Guam, the defendants herein, GILBERT JOSE MATTA and JESSICA ROSE MESA, and Sean Michael Cole a/k/a Shawn Cole, did unlawfully and knowingly aid, abet, counsel, command, induce and procure the commission

2

Case 1:05-cr-00039   Document 113   Filed 08/24/2005   Page 2 of 4

of attempt to possess with intent to distribute over 50 grams, net weight, of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 18, United States Code, §2, and Title 21, United States Code, §§ 841(a)(1) and 846.

## COUNT IV - MONEY LAUNDERING CONSPIRACY

Between and on or about November 2004, the exact date unknown, to May 17, 2005, in the District of Guam and elsewhere, the defendant herein LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, and Gerardo Eloy Gonzalez, Jr., John Timothy Peralta, Sean Michael Cole a/k/a Shawn Cole, and Annette Joyce Gonzalez a/k/a Annette Romero, knowing that the property involved in financial transactions represented the proceeds of unlawful activity, to-wit, the distribution of methamphetamine hydrochloride in violation of Title 21, United States Code, § 841(a)(1), did knowingly and intentionally combine, conspire, confederate and agree together with each other and other co-conspirators to conduct such financial transactions affecting interstate and foreign commerce, to-wit, by causing the movement of funds by wire as more fully alleged below, which in fact involved the proceeds of said specified unlawful activity, and the defendant knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, and source of the proceeds of said specified unlawful activity:

| Date | Guam Sender | California Receiver | Money Transfers |
| --- | --- | --- | --- |
| 01/15/05 | Marie Rodriguez | Annette Gonzalez | Western Union, $900 |
| 02/06/05 | John Peralta | Annette Gonzalez | Western Union, $1,500 |
| 02/07/05 | Sean Cole | Annette Gonzalez | Western Union, $200 |
| 02/11/05 | John Peralta | Annette Gonzalez | Western Union, $3,000 |
| 02/15/05 | John Peralta | Gerardo Gonzalez | Western Union, $2,000 |
| 02/21/05 | John Peralta | Gerardo Gonzalez | Western Union, $1,500 |
| 03/25/05 | John Peralta | Annette Gonzalez | Western Union, $1,500 |
| 03/25/05 | John Peralta | Gerardo Gonzalez | Western Union, $1,500 |
| 03/29/05 | John Peralta | Gerardo Gonzalez | Western Union, $2,861 |

3

| Date | Guam Sender | California Receiver | Money Transfers |
|---|---|---|---|
| 04/03/05 | John Peralta | Annette Gonzalez | Western Union, $1,500 |
| 04/05/05 | Lisa Cole | Annette Gonzalez | Postnet MoneyGram, $600 |
| 04/09/05 | John Peralta | Annette Gonzalez | Western Union, $750 |
| 04/11/05 | John Peralta | Annette Gonzalez | Western Union, $875 |
| 04/11/05 | John Peralta | Annette Gonzalez | Western Union, $2,000 |
| 04/11/05 | Lisa Cole | Annette Gonzalez | Western Union, $200 |
| 04/14/05 | John Peralta | Annette Gonzalez | Western Union, $1,650 |
| 04/19/05 | John Peralta | Annette Gonzalez | Western Union, $1,881 |

Dated this 24th day of August 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

4