AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM



FILED
DISTRICT COURT OF GUAM
AUG 25 2005
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHALS-GUAM RECEIVED
25 AUG 2005 14 00 01

UNITED STATES OF AMERICA
V.

**GILBERT JOSE MATTA**

SUMMONS IN A CRIMINAL CASE

Case Number: **CR-05-00039-001**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue, Hagatna, Guam** | **413** |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | **Thursday, August 25, 2005 at 2:00 p.m.** |

To answer a(n)
X Superseding Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title **See Below** United States Code, Section(s) _____

Brief description of offense:

21:841(a)(1), (b)(1)(A)(viii) and 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT II)

18:2 and 21:841(a)(1) and 846 - AIDING AND ABETTING THE ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE - (COUNT III)

**VIRGINIA T. KILGORE, Deputy Clerk**
Name and Title of Issuing Officer

*/s/ Virginia T. Kilgore*
Signature of Issuing Officer

**AUGUST 24, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date   08/25/05

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USMS CELL BLOCK Hagatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  08/25/05
            Date

J. L. G. Salas
Name of United States Marshal

SDUSM
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.