IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
AUG 25 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00039        DATE: 08/25/2005

***

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge | Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles | Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:08:26 - 2:15:15 | CSO: L. Ogo / J. Lizama

* * * * * * * * * * * * * * * * * * ** * * * * * **APPEARANCES*** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: GILBERT JOSE MATTA**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.

**ATTY : LOUIE YANZA**
( X ) PRESENT   ( ) RETAINED   ( ) FPD   ( X ) CJA APPOINTED

**DEFT: JESSICA ROSE MESA**
( X ) NOT PRESENT   ( ) CUSTODY   ( X ) BOND   ( ) P.R.

**ATTY : JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT   ( ) RETAINED   ( ) FPD   ( X ) CJA APPOINTED

U.S. ATTORNEY:   MARIVIC DAVID              AGENT:

U.S. PROBATION: MARIA CRUZ                  U.S. MARSHAL: W. GRAY

***

## PROCEEDINGS: INITIAL APPEARANCE RE SUPERSEDING INDICTMENT / ARRAIGNMENT

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:  ATTORNEY APPOINTED
( X ) DEFENDANT GILBERT JOSE MATTA SWORN AND EXAMINED
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE      ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES
       DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT GILBERT JOSE MATTA  WAIVED READING OF  ( X ) SUPERSEDING INDICTMENT
( X ) PLEA ENTERED:   ( ) *GUILTY*   ( X ) *NOT GUILTY* - TO: CHARGES CONTAINED IN THE INDICTMENT

( ) TRIAL SET FOR: _____
PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

NOTES:

Mr. Arriola stated that he has been unsuccessful in contacting his client for the hearing today. The Court instructed pretrial to assist Mr. Arriola in locating his client and continued the arraignment hearing to August 26, 2005 at 2:30 P.M.  The Court informed the parties that the trial in this matter has not been set pending the decision of co-defendant Lisa Marie Rodriguez' hearing which is set for September 13, 2005 at 10:30 A.M.  Mr. Arriola requested to renew his motion for severance.  The Court instructed counsel to file any motions they feel are necessary.