```
Louie J. Yanza
MAHER • YANZA • FLYNN • TIMBLIN, LLP
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone:  (671) 477-7059
Facsimile:  (671) 472-5487

Attorneys for Defendant
GILBERT JOSE MATTA
```

FILED
DISTRICT COURT OF GUAM
AUG 30 2005
MARY L.M. MORAN
CLERK OF COURT

## U.S. DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, | |
| vs. | NOTICE OF HEARING ON DEFENDANT GILBERT JOSE MATTA'S MOTION TO SEVER |
| GILBERT JOSE MATTA, JESSICA ROSE MESA, and LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendant **GILBERT JOSE MATTA's** Motion to Sever shall come on for hearing before the U.S. District Court of Guam, 520 West Soledad Avenue, Hagåtña, Guam 96910, on September 13, 2005 at 10:30 a.m.

Respectfully submitted this 26th day of August, 2005.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**GILBERT JOSE MATTA**

By: _____
LOUIE J. YANZA

RECEIVED
AUG 26 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL