# United States District Court

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA | SUBPOENA IN A |
| V. | CRIMINAL CASE |
| JOHN TIMOTHY PERALTA, GILBERT JOSE MATTA, and JESSICA ROSE MESA | CASE NUMBER: 05-00039 |

TO: MICHAEL HERNANDEZ
Special Agent
U.S. Immigration & Customs Enforcement

**FILED**
DISTRICT COURT OF GUAM
SEP - 6 2005
MARY L.M. MORAN
CLERK OF COURT

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>520 West Soledad Ave.<br>Hagatna, Guam | Fourth Floor, U.S. Courthouse |
| | DATE AND TIME |
| | 08-30-2005 09:00am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Mary L. M. Moran | |
| (BY) DEPUTY CLERK *[signature]* | 08-19-2005 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
Marivic P. David, Assistant U.S. Attorney
Districts of Guam & NMI
Sirena Plaza, Suite 500, 108 Hernan Cortez, Hagatna, Guam (671) 472-7332

This form was electronically produced by Elite Federal Forms, Inc.

AO 89 (Rev. 7/95) Subpoena In a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | 23 Aug 2005 | ICE Office Maite Guam |

SERVED ON (PRINT NAME): Hernandez, Michael

FEES AND MILEAGE TENDERED TO WITNESS
☐ YES ☐ NO   AMOUNT $ _____

SERVED BY (PRINT NAME): Tajima, Barbara C.
TITLE: Task Force Agent

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  23 Aug 2005
Date

Signature of Server

Address of Server: Rt 8 400 St 401 Maite, Guam

ADDITIONAL INFORMATION