ORIGINAL



**FILED**
DISTRICT COURT OF GUAM

OCT 1 9 2005 ᵖ

**MARY L.M. MORAN**
**CLERK OF COURT**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00039 |
| Plaintiff, | |
| vs. | ORDER |
| GILBERT JOSE MATTA, | |
| Defendant. | |

The trial in this case is presently scheduled for Monday, October 31, 2005. Due to the scheduling needs of the Court IT IS HEREBY ORDERED that the trial be rescheduled to Tuesday October 25, 2005, at 9:00 A.M. before the Honorable William Alsup.* All trial documents should have been submitted as of October 17, 2005. To the extent they have not been so filed, the parties are to file any outstanding documents by close of business, October 20, 2005.

SO ORDERED this _19_ th day of October, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

---

*The Honorable William Alsup, United States District Judge for the Northern District of California by designation.