## ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

OCT 20 2005 ҭ₱

**MARY L.M. MORAN**
**CLERK OF COURT**

1  LEONARDO M. RAPADAS
    United States Attorney
2  MARIVIC P. DAVID
    Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
    108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
    TEL: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for the United States of America

7  ### IN THE UNITED STATES DISTRICT COURT

8  ### FOR THE DISTRICT OF GUAM

9
    UNITED STATES OF AMERICA,          )      CRIMINAL CASE NO. 05-00039
10                                     )
                    Plaintiff,         )
11                                     )      **GOVERNMENT'S AMENDED**
            vs.                        )      **REQUEST FOR USE OF COURT'S**
12                                     )      **EQUIPMENT**
                                       )
13  GILBERT JOSE MATTA,                )
                                       )
14                  Defendant.         )
    _____)

15      The Government hereby request the use of the Court's Digital Evidence Presentation System,

16  at the trial in the above-captioned matter, beginning October 25, 2005.

17      RESPECTFULLY SUBMITTED this 20th day of October, 2005.

18

19                                     LEONARDO M. RAPADAS
                                       United States Attorney
20                                     Districts of Guam and CNMI

21

22                          By:        _____
                                       MARIVIC P. DAVID
23                                     Assistant U.S. Attorney

24

25

26

27