ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00039 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES' AMENDED WITNESS LIST** |
| GILBERT JOSE MATTA, | ) | |
| Defendant. | ) | |

Pursuant to the order of this Court, the United States hereby submits the attached witness list for purposes of voir dire.

Respectfully submitted this 20th day of October, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

<u>WITNESS LIST</u>

John Duenas
U.S. Immigration & Customs Enforcement
472-7265

Matthew Goward
U.S. Department of Energy
(702) 358-5658

Michael Hernandez
U.S. Immigration & Customs Enforcement
472-7265

Erwin T. Fejeran
U.S. Immigration & Customs Enforcement
472-7265

Nadine Y. Concepcion
Guam Customs & Quarantine Agency
475-6202/ 642-8071

Peter Ofeciar
Guam Customs & Quarantine Agency
475-6202/ 642-8071

Christopher Sablan
Guam Customs & Quarantine Agency
475-6202/ 642-8071

Franklin Taitague
Guam Customs & Quarantine Agency
475-6202/ 642-8071

Ahmad Rice
Forensic Chemist
Drug Enforcement Administration
SouthWestern Lab
(760) 597-7923

Guam Telephone Authority
Custodian of Records
Lucia Perez
644-1020

I T & E
Custodian of Records
Jim Bendo
727-6474

Mia Mary Rojas

Gerardo E. Gonzalez, Jr.

-i-

| | |
|---|---|
| 1 | Annette J. Gonzalez |
| 2 | Sean Michael Cole |
| 3 | John T. Peralta |
| 4 | Jessica Rose Mesa |

-ii-