LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

OCT 20 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES' AMENDED EXHIBIT LIST** |
| GILBERT JOSE MATTA, ) | |
| Defendant. ) | |

COMES NOW the United States and hereby files with the Court an Amended Exhibit List with the following revised exhibits 4-15, and supplemental exhibits 25-31, to be introduced in its case-in-chief:

Respectfully submitted this  20th  day of October, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

# UNITED STATES' AMENDED EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1. | Two photos of condom-wrapped drugs | _____ | _____ |
| 2. | Bag of 150.4 grams of methamphetamine HCL | _____ | _____ |
| 3. | DEA lab report - 150.4 grams of methamphetamine HCL | _____ | _____ |
| 4. | Compact disc of audio of telephone call b/w Gerardo Gonzalez and Annette Gonzalez | _____ | _____ |
| 5. | Transcript of telephone call b/w Gerardo Gonzalez and Annette Gonzalez | _____ | _____ |
| 6. | Compact disc of audio of telephone call b/w Gerardo Gonzalez and John Peralta | _____ | _____ |
| 7. | Transcript of telephone call b/w Gerardo Gonzalez and John Peralta | _____ | _____ |
| 8. | Video disc of meeting w/ Mia Rojas, Gerardo Gonzalez, and John Peralta | _____ | _____ |
| 9. | Transcript of meeting w/ Mia Rojas, Gerardo Gonzalez, and John Peralta | _____ | _____ |
| 10. | Compact disc of audio of 7:50 p.m. telephone call, b/w Gerardo Gonzalez and Sean Cole | _____ | _____ |
| 11. | Transcript of 7:50 p.m. telephone call, b/w Gerardo Gonzalez and Sean Cole | _____ | _____ |
| 12. | Compact disc of audio of 8:15 p.m. telephone call, b/w Gerardo Gonzalez and Sean Cole | _____ | _____ |
| 13. | Transcript of 8:15 p.m. telephone call, b/w Gerardo Gonzalez and Sean Cole | _____ | _____ |
| 14. | Video disc of meeting w/ Mia Rojas, Gerardo Gonzalez, Sean Cole, Gilbert Matta, and Jessica Mesa | _____ | _____ |
| 15. | Transcript of meeting w/ Mia Rojas, Gerardo Gonzalez, Sean Cole, Gilbert Matta, and Jessica Mesa | _____ | _____ |
| 16. | Waiver of rights form of Gilbert Matta | _____ | _____ |
| 17. | Written statement of Gilbert Matta | _____ | _____ |
| 18. | Waiver of rights form of Jessica Mesa | _____ | _____ |

i

Case 1:05-cr-00039   Document 172   Filed 10/20/2005   Page 2 of 3

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 19. | Written statement of Jessica Mesa | | |
| 20. | Plea agreement of Mia Mary Rojas | | |
| 21. | Plea agreement of Gerardo Gonzalez | | |
| 22. | Plea agreement of Annette Gonzalez | | |
| 23. | Plea agreement of Sean Cole | | |
| 24. | Plea agreement of John Timothy Peralta | | |
| 25. | Guam Customs/Agriculture Declaration Form | | |
| 26. | Verizon cellular phone | | |
| 27. | Photos of a Verizon cellular phone | | |
| 28. | GTA records | | |
| 29. | IT&E records | | |
| 30. | 2 Page Map | | |
| 31. | Plea agreement of Jessica Mesa | | |

ii

Case 1:05-cr-00039   Document 172   Filed 10/20/2005   Page 3 of 3