ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334
Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 20 2005 ⁿᵖ
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES' AMENDED [PROPOSED] VERDICT FORM** |
| GILBERT JOSE MATTA, | ) | |
| Defendant. | ) | |

Pursuant to the Order of this Court, the United States hereby submits the following verdict form for purposes of this trial.

Respectfully submitted this __20th__ day of October 2005.

                                                LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and NMI

By: _____
        MARIVIC P. DAVID
        Assistant U.S. Attorney

```
 1                    IN THE UNITED STATES DISTRICT COURT
 2                          FOR THE DISTRICT OF GUAM
 3
 4   UNITED STATES OF AMERICA,       )    CRIMINAL CASE NO. 05-00039
                                     )
 5                  Plaintiff,       )
                                     )
 6                                   )
             vs.                     )
 7                                   )
                                     )    **VERDICT**
 8   GILBERT JOSE MATTA,             )
                                     )
 9                                   )
                    Defendant.       )
10   _____)
```

We, the Jury, in the above-entitled case unanimously find the Defendant, GILBERT JOSE MATTA:

Violation of Sections 841(a)(1), 841(b)(1)(A)(viii) and 846, Title 21, United States Code, conspiracy to distribute over 100 grams of methamphetamine hydrochloride:

    / / NOT GUILTY

    / / GUILTY

Violation of Sections 841(a)(1) and 846, Title 21, United States Code, and Section 2, Title 18, United States Code, aiding and abetting the attempted possession of over 50 grams, net weight, of methamphetamine hydrochloride with intent to distribute:

    / / NOT GUILTY

    / / GUILTY

DATED this _____ day of _____, 2005, at Hagatna, Guam.


_____
FOREPERSON