Louie J. Yanza
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
GILBERT JOSE MATTA

FILED
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, | |
| vs. | NATURE OF DEFENSE |
| GILBERT JOSE MATTA, JESSICA ROSE MESA, and LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, | |
| Defendants. | |

## NATURE OF DEFENSE

1. The Government will not be able to prove every element of the crimes charged beyond a reasonable doubt.

2. The Defendant did not perform the alleged acts complained of.

3. Defendant lacked the requisite *mens rea*.

//

//

**NATURE OF DEFENSE**
United States of America v. Gilbert Jose Matta, et al.
U.S. District Court, District of Guam Criminal Case No. 05-00039

4. Entrapment.

Respectfully submitted this 20th day of October, 2005.

          MAHER • YANZA • FLYNN • TIMBLIN, LLP
          Attorneys for Defendant
          **GILBERT JOSE MATTA**

By: _____
     LOUIE J. YANZA