Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
GILBERT JOSE MATTA

**FILED**
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT JOSE MATTA, JESSICA ROSE MESA, and LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE,<br><br>Defendants. | CRIMINAL CASE NO. 05-00039<br><br>**DEFENDANT GILBERT JOSE MATTA'S WITNESS LIST** |

Defendant GILBERT JOSE MATTA ("MATTA"), through counsel, MAHER • YANZA • FLYNN • TIMBLIN, LLP, by Louie J. Yanza, hereby submits his witness list for trial in the above-entitled action as follows:

1. **SEAN COLE**

This witness list is not intended to be a complete list of all witnesses to be called at trial, as Defendant MATTA reserves his right to call any rebuttal witnesses in addition to any and all persons noted in any reports and documents provided to date

| | |
|---|---|
| 1 | by the United States pursuant to discovery, witnesses demonstrated or revealed |
| 2 | during trial, and to amend his witness list. |

Respectfully submitted this 20th day of October, 2005.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Defendant
**GILBERT JOSE MATTA**

BY: _____
LOUIE J. YANZA