Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
GILBERT JOSE MATTA

**FILED**
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, | |
| vs. | **DEFENDANT GILBERT JOSE MATTA'S EXHIBIT LIST** |
| GILBERT JOSE MATTA, JESSICA ROSE MESA, and LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, | |
| Defendants. | |

COMES NOW Defendant GILBERT JOSE MATTA ("MATTA"), through counsel MAHER • YANZA • FLYNN • TIMBLIN, LLP, by Louie J. Yanza, and hereby submits the following exhibits to be introduced in trial of the above-entitled case.

Respectfully submitted this 20th day of October, 2005.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
GILBERT JOSE MATTA

By: _____
LOUIE J. YANZA

-1-

# DEFENDANT GILBERT JOSE MATTA'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | ADMITTED |
|---------|-------------|-----------------|----------|
| A | Written Statement of Sean Cole | | |
| B | Plea Agreement of Sean Cole | | |
| C | Written Statement of Jessica Mesa | | |