Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
GILBERT JOSE MATTA

**FILED**
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| GILBERT JOSE MATTA, JESSICA ROSE MESA, and LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, | |
| Defendants. | |

I, LOUIE J. YANZA, hereby certify that on the 20th day of October, 2005, I caused a copy of the foregoing documents:

1. Nature of Defense;

2. Defendant Gilbert Jose Matta's Exhibit List;

3. Defendant Gilbert Jose Matta's Witness List;

4. Defendant Gilbert Jose Matta's Proposed Jury Instructions; and

5. Defendant Gilbert Jose Matta's Proposed Jury *Voir Dire* Questions.

//

to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same to their attorneys of record, as follows:

**Ms. Marivic P. David**
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatña, Guam 96910
**Counsel for the United States of America**

**G. Patrick Civille, Esq.**
CIVILLE & TANG, PLLC
Suite 200, 330 Hernan Cortez Avenue
Hagatña, Guam 96910
**Counsel for Defendant Lisa Marie Rodriguez a/k/a Lisa Rodriguez-Cole**

Respectfully submitted this 10th day of October, 2005.

    MAHER • YANZA • FLYNN • TIMBLIN, LLP
    Attorneys for Defendant
    **GILBERT JOSE MATTA**

By: _____
    LOUIE J. YANZA