LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 21 2005 ₉ₚ
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| ) | |
| GILBERT JOSE MATTA, ) | |
| Defendant. ) | |

I, MARIVIC P. DAVID, AUSA, hereby certify that on the 20th day of October, 2005, I caused to be served a copy of the following documents:

United States' Submission of Jenks Materials;

Government's Amended Request for Use of Court's Equipment;

United States' Amended Voir Dire;

United States' Amended Witness List;

United States' Amended Exhibit List;

United States' Amended Proposed Jury Instructions; and

United States' Amended Verdict Form.

//
//
//
//
//

The foregoing documents were served by hand delivery and/or facsimile, to the party identified below at the address listed:

LOUIE J. YANZA
MAHER - YANZA - FLYNN - TIMBLIN, LLP
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagatna, Guam 96910

RESPECTFULLY SUBMITTED this 20th day of October, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney