DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL



FILED
DISTRICT COURT OF GUAM

OCT 24 2005

MARY L.M. MORAN
CLERK OF COURT

CASE NO. 05-00039-005        DATE: October 24, 2005

***

HON. WILLIAM ALSUP, Designated Judge, Presiding       Law Clerks: K. Walmsley / J. Moton
Court Reporter: Wanda M. Miles                        Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 11:35:14 - 12:20:26       CSO: D. Quinata

* * * * * * * * * * * * * * * * * * * * * * **APPEARANCES** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: GILBERT JOSE MATTA**                          **ATTY : LOUIE YANZA**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.      ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                          AGENT:

U.S. PROBATION: NONE PRESENT                          U.S. MARSHAL: W. GRAY

INTERPRETER: _____        ( ) SWORN    LANGUAGE: _____

***

**PROCEEDINGS:          FINAL PRETRIAL CONFERENCE**

( ) MOTION(s) ARGUED BY    ( ) GOVERNMENT       ( ) DEFENDANT(s)
( ) MOTION(s)  ___Granted  ___Denied  ___Withdrawn  ___ Under Advisement
( ) ORDER SUBMITTED  ___Approved  ___Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court and parties discussed matters regarding trial that is set for tomorrow. The Court Denied the Government's Motion in Limine at this time, however, the motion is subject to renewal should Defense make reference to the excluded evidence (or "opens the door") during the course of the trial. No further written order will be forthcoming.

Government estimated a three day trial. Defense estimated a four day trial. Parties will have 15 minutes each for opening statements. Government intends to call 12 witnesses. Witness exclusion rule will apply during trial.

Counsel were instructed to report at 8:45 a.m. tomorrow morning. Trial will commence immediately after the hearing scheduled at 8:00 a.m. Defense was instructed to notify the Court should the defendant decide to change his plea to guilty.

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions-