DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL



FILED
DISTRICT COURT OF GUAM

OCT 26 2005

MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00039-005**     **DATE: October 26, 2005**

***

HON. WILLIAM ALSUP, Designated Judge, Presiding
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: 8:00:58 -8:31:30; 8:49:09 - 10:29:50
10:45:43 - 12:32:44; 1:20:16 - 2:54:23; 3:07:47 - 3:49:32

Law Clerk: None Present
Courtroom Deputy: Leilani Toves Hernandez
CSO: N. Edrosa / J. Lizama / L. Ogo

*********************** APPEARANCES ***********************

**DEFT GILBERT JOSE MATTA**       **ATTY LOUIE J. YANZA**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.       ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID       AGENT: JOHN DUENAS, B.I.C.E.

U.S. PROBATION: NONE PRESENT       U.S. MARSHAL: NONE PRESENT

***

### DAY NO. 2 OF JURY TRIAL

( X ) JURY EMPANELED AND SWORN
( X ) OPENING STATEMENT BY THE     X   Government     X   Defense
( X ) WITNESSES SWORN AND EXAMINED          ( X ) EXHIBITS MARKED AND ADMITTED
    SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
(  ) CLOSING ARGUMENT BY THE ____Plaintiff ____Defendant
( X ) TRIAL/DELIBERATION CONTINUED TO: Thursday, October 27, 2005 at 1:00 p.m.
(  ) JURY CHARGED BY COURT
(  ) JURY DELIBERATE AT_____ (  ) JURY RETURNS VERDICT AT:_____
(  ) JURY VERDICT: _____
(  ) JURY POLLED    (  ) POLLING WAIVED     (  ) JURY DISCHARGED
(  ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

The Court stated that trial will run until approximately 4:30 p.m. daily, with a 45 minute lunch break. Jurors were instructed to be on time.

Juror No. 6 was excused because she was feeling ill and Alternate Juror No. 1 sworn and filled the empty seat.

Jurors were admonished and instructed to return on Friday at 7:45 a.m.

Both parties rested their case.

Defense argued their Motion for Directed Verdict (Motion for Acquittal under Rule 29). The Court took the Motion under advisement.

Counsel were instructed to report back at 1:00 p.m tomorrow to discuss jury instructions.

# UNITED STATES DISTRICT COURT

DISTRICT OF           GUAM

**United States of America**

v.

**Gilbert Jose Matta**

**EXHIBIT AND WITNESS LIST**

Case Number: CR-05-00039-005

| PRESIDING JUDGE<br>**WILLIAM ALSUP** | PLAINTIFF'S ATTORNEY<br>**MARIVIC DAVID** | DEFENDANT'S ATTORNEY<br>**LOUIE J. YANZA** |
|---|---|---|
| HEARING DATE (S)<br>OCTOBER 25 - 28, 2005 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 8:00:58 BEGIN TRIAL - DAY 2 |
| | | | | | | **opening statements by counsel** |
| | | | | | | **Nadine Concepcion, called and sworn** |
| | | | | | | DX by Ms. David |
| | 25 | | 10/26/05 | 10/26/05 | 10/26/05 | Guam Customs/Agriculture Declaration Form |
| | 1 | | 10/26/05 | 10/26/05 | 10/26/05 | Two photos of condom-wrapped drugs |
| | | | | | | 9:27:41 End DX |
| | | | | | | **CX by Mr. Yanza** |
| | | | | | | 9:31:47 End CX |
| | | | | | | 9:32:05 Witness excused, not subject to recall |
| | | | | | | **Mia Mary Rojas, called and sworn** |
| | | | | | | DX by Ms. David |
| | 20 | | 10/26/05 | 10/26/05 | | Plea Agreement of Mia Mary Rojas |
| | | | | | | 9:45:51 End CX |
| | | | | | | 9:49:17 CX by Mr. Yanza |
| | 20 | | 10/26/05 | 10/26/05 | | Plea Agreement of Mia Mary Rojas |
| | | | | | | **10:29:50 - 10:45:43 BREAK** |
| | | | | | | End CX by Mr. Yanza |
| | | | | | | Witness Rojas excused; subject to recall |
| | | | | | | **Gerardo Eloy Gonzalez, Jr., called and sworn** |
| | | | | | | DX by Ms. David |
| | 21 | | 10/26/05 | 10/26/05 | | Plea Agreement of Gerardo Gonzalez |
| | 4 | | 10/26/05 | 10/26/05 | 10/26/05 | Compact disc of audio of telephone call b/w Gerardo Gonzalez and Annette Gonzalez |
| | 5 | | 10/26/05 | 10/26/05 | | Transcript of telephone call b/w Gerardo Gonzalez and Annette Gonzalez |
| | 6 | | 10/26/05 | 10/26/05 | | Compact disc of audio of telephone call b/w Gerardo Gonzalez and John Peralta |
| | 10 | | 10/26/05 | 10/26/05 | 10/26/05 | Compact disc of audio of 7:50 p.m. telephone call b/w Gerardo Gonzalez and Sean Cole |
| | 11 | | 10/26/05 | 10/26/05 | | Transcript of 7:50 p.m. telephone call, b/w Gerardo Gonzalez and Sean Cole |
| | 12 | | 10/26/05 | 10/26/05 | 10/26/05 | Compact disc of audio of 8:15 p.m. telephone call, b/w Gerardo Gonzalez and Sean Cole |
| | 13 | | 10/26/05 | 10/26/05 | | Transcript of 8:15 p.m. telephone call, b/w Gerardo Gonzalez and Sean Cole |
| | 14 | | 10/26/05 | 10/26/05 | 10/26/05 | Video disc of meeting w/ Mia Rojas, Gerardo Gonzalez, Sean Cole, Gilbert Matta, and Jessica Mesa |
| | 15 | | 10/26/05 | 10/26/05 | 10/26/05 | Transcript of meeting w/ Mia Rojas, Gerardo Gonzalez, Sean Cole, Gilbert Matta, and Jessica Mesa |
| | | | | | | 11:45:38 End DX (Short break for defense counsel and some jurors) |
| | | | | | | 11:52:02 CX by Mr. Yanza |
| | 21 | | 10/26/05 | 10/26/05 | | Plea Agreement of Gerardo Gonzalez |

| PRESIDING JUDGE<br>WILLIAM ALSUP | | | | | PLAINTIFF'S ATTORNEY<br>MARIVIC DAVID | DEFENDANT'S ATTORNEY<br>LOUIE J. YANZA |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>OCTOBER 25 - 28, 2005 | | | | | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | 12:04:24 End CX |
| | | | | | | Re-DX by Ms. David |
| | | | | | | *Mr. Yanza moved for the admittance of Government exhibits #20 and #21 - Granted* |
| | 20 | | 10/26/05 | 10/26/05 | 10/26/05 | Plea Agreement of Mia Mary Rojas |
| | 21 | | 10/26/05 | 10/26/05 | 10/26/05 | Plea Agreement of Gerardo Gonzalez |
| | | | | | | **Sean Michael Cole, called and sworn** |
| | | | | | | DX by Ms. David |
| | 23 | | 10/26/05 | 10/26/05 | | Plea Agreement of Sean Cole |
| | 26 | | 10/26/05 | 10/26/05 | 10/26/05 | Verizon cellular phone |
| | 27 | | 10/26/05 | 10/26/05 | 10/26/05 | Photos of a Verizon cellular phone |
| | | | | | | 12:24:50 End DX |
| | | | | | | 12:25:46 Jurors excused for lunch |
| | | | | | | 1:20:16 RESUME TRIAL |
| | | | | | | 1:31:37 CX by Mr. Yanza |
| | 23 | | 10/26/05 | 10/26/05 | | Plea Agreement of Sean Cole |
| | | | | | | 1:53:32 End CX |
| | | | | | | Re-DX by Ms. David |
| | | | | | | 2:00:08 Witness excused, subject to recall |
| | | | | | | **Jessica Rose Mesa, called and sworn** |
| | | | | | | DX by Ms. David |
| | 30 | | 10/26/05 | 10/26/05 | 10/26/05 | 2 page map depicting the area where the Matta and Mesa Residence is located |
| | 31 | | 10/26/05 | 10/26/05 | | Plea Agreement of Jessica Mesa |
| | | | | | | 2:19:33 - End DX |
| | | | | | | 2:20:41 - 2:38:26 CX by Mr. Yanza |
| | | | | | | Re-DX by Ms. David |
| | 31 | | 10/26/05 | 10/26/05 | | Plea Agreement of Jessica Mesa |
| | | | | | | 2:46:10 Jurors released for break |
| | | | | | | **2:54:23 - 3:07:47 BREAK** |
| | | | | | | Parties stipulated to admit of Government's Exhibit #28 & #29-Granted |
| | 28 | | | | 10/26/05 | GTA records |
| | 29 | | | | 10/26/05 | IT&E records |
| | | | | | | **Erwin T. Fejeran, called and sworn** |
| | | | | | | DX by Ms. David |
| | 2 | | 10/26/05 | 10/26/05 | 10/26/05 | Bag of 150.4 grams of methamphetamine HCL |
| | | | | | | 3:15:54 End DX |
| | | | | | | CX by Mr. Yanza |
| | | | | | | 3:18:28 Witness excused, not subject to recall |
| | | | | | | Parties stipulate that the testimony of Ahmad Rice, Forensic Chemist, would have been that the amount of pure drug received by Mia Rojas was 97.7 grams and moved for the admittance of the exhibit |
| | 3 | | 10/26/05 | 10/26/05 | 10/26/05 | DEA lab report - 150.4 grams of methamphetamine HCL |
| | 23 | | 10/26/05 | 10/26/05 | 10/26/05 | Plea Agreement of Sean Cole (moved for admittance by Mr Yanza) |
| | | | | | | Ms. David moved for the admittance of Government's Exhibit #31; Objection stated by Mr. Yanza; the Court sustained the objection on hearsay grounds |
| | | | | | | **BOTH PARTIES RESTED THEIR CASE** |
| | | | | | | 3:49:32 End Day 2 |