
DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00039-005 |
|---|---|---|
| vs | ) | |
| **GILBERT JOSE MATTA,** | ) | ACKNOWLEDGMENT OF EXHIBITS |
| Defendant. | ) | |

I, the undersigned agent, am hereby designated as custodian of the exhibits listed below.

Upon request of the clerk of the court, I shall deliver said exhibits to the clerk forthwith.

| Exhibit No. | Description |
|---|---|
| 2 | One bag containing 150.4 grams of methamphetamine HCL |

Date: 10/26/2005

_____
Signature

_____
Print Name