

**FILED**
DISTRICT COURT OF GUAM
OCT 28 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00039-005          DATE: October 27, 2005
*************************************************************************************

HON. WILLIAM ALSUP, Designated Judge, Presiding        Law Clerk: Kim Walmsley
Official Court Reporter: Wanda Miles                   Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 2:11:20 - 2:29:29     CSO: N. Edrosa

************************************ A P P E A R A N C E S ************************************

**DEFT  GILBERT JOSE MATTA**                    **ATTY  LOUIE J. YANZA**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.        ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                    AGENT: JOHN DUENAS, B.I.C.E.

U.S. PROBATION: NONE PRESENT                    U.S. MARSHAL: F. TAITAGUE

************************************************************************************************************

DAY NO. __3__ OF JURY TRIAL

( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE   ____ Government   ____ Defense
( ) WITNESSES SWORN AND EXAMINED         ( ) EXHIBITS MARKED AND ADMITTED
      SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ____Plaintiff ____Defendant
( X ) TRIAL/DELIBERATION CONTINUED TO: Friday, October 28, 2005 at 8:00 a.m.
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____   ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED   ( ) POLLING WAIVED     ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

The Court and parties discussed the proposed jury instructions.

The Court Denied the Motion for Directed Verdict, Without Prejudice, at this time, subject to renewal after the verdict. No further written order will be forthcoming.