# CR-05-00039-005
## JURY NOTE

10/28/05

We would like to clarify what we can order for lunch on the menu provided.

F.C. Santos

P.S. Can we please get Motrin or Tylenol.

FILED
DISTRICT COURT OF GUAM
OCT 28 2005
MARY L.M. MORAN
CLERK OF COURT