# CR-05-00039-005
# JURY NOTE

1) Hours of sen[tence] 10/28/05

10/28/05 until 4:30 p.m., today, or until a consensus by the Jury.

2) Request for Exhibits/Evidence for the jury to review.

*[signature]*
*C. U.S. Atty*

Rcv'd
11:20a

FILED
DISTRICT COURT OF GUAM
OCT 28 2005
MARY L.M. MORAN
CLERK OF COURT