# CR-05-00039-005
## JURY NOTE

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

10/28/05

Request for clarification:

Would the amount of grams of methamphetamine be applicable to the charges?
i.e. (for example)
100 grams
- vs -
1 gram.

**FILED**
DISTRICT COURT OF GUAM
OCT 28 2005
MARY L.M. MORAN
CLERK OF COURT

Ito C. Santos
#9
Camacho #8

1:28 pm