# CR-05-00039-005
## JURY NOTE

10/28/05

Judge,

We have reached a verdict!!!

*[signature]* C. Santos

rec'd 3:52pm

FILED
DISTRICT COURT OF GUAM
OCT 28 2005
MARY L.M. MORAN
CLERK OF COURT