DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL


FILED
DISTRICT COURT OF GUAM
OCT 28 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00039-005     DATE: October 28, 2005

**HON. WILLIAM ALSUP, Designated Judge, Presiding**    Law Clerk: Kim Walmsley
Official Court Reporter: Wanda Miles    Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 8:32:38 - 9:08:18; 9:17:32 - 10:10:35;    CSO: N. Edrosa / J. Lizama
10:27:51 - 10:57:40; 1:53:50 - 2:00:50; 4:14:27 - 4:23:49

APPEARANCES

**DEFT GILBERT JOSE MATTA**     **ATTY LOUIE J. YANZA**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.    (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID     AGENT: JOHN DUENAS, B.I.C.E.

U.S. PROBATION: CARLEEN BORJA     U.S. MARSHAL: G. PEREZ

## DAY NO. 4 OF JURY TRIAL

( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE ___ Government ___ Defense
( ) WITNESSES SWORN AND EXAMINED    ( ) EXHIBITS MARKED AND ADMITTED
     SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
(X) CLOSING ARGUMENT BY THE __X__ Plaintiff __X__ Defendant
( ) TRIAL/DELIBERATION CONTINUED TO: _____
(X) JURY CHARGED BY COURT
(X) JURY DELIBERATE AT __10:57 a.m.__    (X) JURY RETURNS VERDICT AT: __3:52 p.m.__
(X) JURY VERDICT: __Not Guilty to both counts__
( ) JURY POLLED    (X) POLLING WAIVED    (X) JURY DISCHARGED
( ) COURT FINDINGS: _____

( ) OTHER MATTER(s):

**Defendant was released.**