# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00039 |
| Plaintiff, | |
| vs. | **VERDICT FORM** |
| GILBERT JOSE MATTA, | |
| Defendant. | |

**YOUR ANSWER TO THE FOLLOWING QUESTIONS MUST BE UNANIMOUS.**

Has the government proven beyond a reasonable doubt that the defendant is guilty of violating Sections 841(a)(1), 841(b)(1)(A)(viii) and 846, Title 21, United States Code, conspiracy to distribute over 100 grams of methamphetamine hydrochloride?

Guilty _____          Not Guilty ___X___ *[signature]* 10/28/05

Has the government proven beyond a reasonable doubt that the defendant is guilty of violating Sections 841(a)(1) and 846, Title 21, United States Code, and Section 2, Title 18, United States Code, aiding and abetting the attempted possession of over 50 grams, net weight, of methamphetamine hydrochloride with intent to distribute?

Guilty _____          Not Guilty ___X___ *[signature]* 10/28/05

Dated: October __, 2005.

_____
FOREPERSON

ORIGINAL