# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

UNITED STATES OF AMERICA

V.

**GILBERT JOSE MATTA**

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: **CR-05-00039-005**

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

**FILED**
DISTRICT COURT OF GUAM

OCT 28 2005

MARY L.M. MORAN
CLERK OF COURT

_____
Signature of Judge

**WILLIAM ALSUP, DESIGNATED JUDGE**
Name and Title of Judge

**October 28, 2005**
Date

**ORIGINAL**