# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Gilbert Jose Matta <br><br> Defendant. | Case No. 1:05-cr-00039-005 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment of Acquittal filed on October 28, 2005*, on the dates indicated below:

*U.S. Attorneys Office*    *Louie Yanza*    *U.S. Probation Office*    *U.S. Marshals Service*
*October 31, 2005*    *October 31, 2005*    *October 31, 2005*    *October 31, 2005*

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment of Acquittal filed on October 28, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 1, 2005           /s/ Rosita P. San Nicolas
                                                  Chief Deputy Clerk