District Court of Guam

# DIGITAL AUDIO RECORDING ORDER

Read Instructions on Back           (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| | | |
|---|---|---|
| 1. NAME HOWARD TRAPP | 2. PHONE NUMBER 477-7000 | 3. DATE 11/1/05 |
| 4. MAILING ADDRESS 134 CHALAN SANTO PAPA | 5. CITY HAGATNA | 6. STATE GU / 7. ZIP CODE 96910 |
| 8. CASE NUMBER CR-05-00039-005 | 9. CASE NAME USA vs. GILBERT JOSE MATTA | DATES OF PROCEEDINGS 10. FROM 10/28/05 / 11. TO 10/28/05 |
| 12. PRESIDING JUDICIAL OFFICIAL WILLIAM ALSUP, U.S.D.J. | LOCATION OF PROCEEDINGS 13. CITY HAGATNA | 14. STATE GUAM |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) SEAN MICHAEL COLE | 10/26/05 |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**FILED**
DISTRICT COURT OF GUAM
NOV - 3 2005
MARY L.M. MORAN
CLERK OF COURT

17. ORDER

| | NO. CDs | NO. COPIES | COSTS |
|---|---|---|---|
| [ ] CD - FTR Gold Format. This format must be played using FTR Player Plus ™ software, which will be included on the CD. This software allows the listener to navigate through the recording using time references from the actual proceeding. | | | |
| [x] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less. | | | |
| [ ] Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software. | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges ( deposit plus additional) upon completion of the order.

| 18. SIGNATURE /s/ | 19. DATE 11/1/05 |
|---|---|
| PROCESSED BY Rose Mary B. McKroz | PHONE NUMBER |

| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | |
|---|---|---|---|---|
| DEPOSIT PAID | | | TOTAL CHARGES | |
| CD DUPLICATED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP CD | | | TOTAL REFUNDED | |
| PARTY RECEIVED CD | | | TOTAL DUE | |

Case 1:05-cr-00039   Document 206   Filed 11/03/2005   Page 1 of 1