| | | | |
|---|---|---|---|
| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: |
| | TRANSCRIPT ORDER | | |

Read Instructions on Back.

| 1. NAME Marivic P. David, AUSA | 2. PHONE NUMBER 479-4120 | 3. DATE February 1, 2006 |
|---|---|---|
| 4. MAILING ADDRESS 108 Hernan Cortez Ave., Ste. 500 | 5. CITY Hagatna | 6. STATE GU / 7. ZIP CODE 96910 |
| 8. CASE NUMBER 05-00039 | 9. JUDICIAL OFFICIAL WHA | DATES OF PROCEEDINGS 10. FROM 10/25/2005 / 11. TO 10/28/2005 |
| 12. CASE NAME U.S. v. Gilbert J. Matta | | LOCATION OF PROCEEDINGS 13. CITY Hagatna / 14. STATE GU |

15. ORDER FOR
- [ ] APPEAL
- [X] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) Jessica Rose Mesa | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [X] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

FILED
DISTRICT COURT OF GUAM
FEB -2 2006
MARY L.M. MORAN
CLERK OF COURT

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signature]

19. DATE February 1, 2006

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| ORDER RECEIVED | DATE 2/02/06 BY cm | |
|---|---|---|
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE |

(Previous editions of this form may still be used) ORIGINAL - COURT COPY / YELLOW - TRANSCRIPTION COPY / GREEN - ORDER RECEIPT / PINK - ORDER COPY
☆ U.S. GPO: 1994—560-605