DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00039-005 |
| Plaintiffs, | |
| vs. | RECEIPT OF EXHIBITS |
| GILBERT JOSE MATTA, | |
| Defendant. | |

[ X ] Government's   [ ] Defendant's   [ ] Joint

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

| **EXHIBIT NO.** | **DESCRIPTION** |
|---|---|
| | See attached United States' Amended Exhibit List and Acknowledgment of Exhibit |

_____
Signature

ERWIN FEJERAN TFA ICE
Name

28 JUL 2006
Date

US ICE  RAC/GUAM
Office/Firm Receiving Exhibits

ORIGINAL



LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

OCT 20 2005

MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    vs.<br><br><br>GILBERT JOSE MATTA,<br><br>          Defendant. | CRIMINAL CASE NO. 05-00039<br><br>**UNITED STATES'**<br>**AMENDED EXHIBIT**<br>**LIST** |

COMES NOW the United States and hereby files with the Court an Amended Exhibit List with the following revised exhibits 4-15, and supplemental exhibits 25-31, to be introduced in its case-in-chief:

Respectfully submitted this 20th day of October, 2005.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI

By: _____
                                    MARIVIC P. DAVID
                                    Assistant U.S. Attorney

## UNITED STATES' AMENDED EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1. | Two photos of condom-wrapped drugs | 10-26-05 | 10-26-05 |
| 2. | Bag of 150.4 grams of methamphetamine HCL | 10-26-05 | 10-26-05 |
| 3. | DEA lab report - 150.4 grams of methamphetamine HCL | 10-26-05 | 10-26-05 |
| 4. | Compact disc of audio of telephone call b/w Gerardo Gonzalez and Annette Gonzalez | 10-26-05 | 10-26-05 |
| 5. | Transcript of telephone call b/w Gerardo Gonzalez and Annette Gonzalez | 10-26-05 | |
| 6. | Compact disc of audio of telephone call b/w Gerardo Gonzalez and John Peralta | 10-26-05 | |
| 7. | Transcript of telephone call b/w Gerardo Gonzalez and John Peralta | | |
| 8. | Video disc of meeting w/ Mia Rojas, Gerardo Gonzalez, and John Peralta | | |
| 9. | Transcript of meeting w/ Mia Rojas, Gerardo Gonzalez, and John Peralta | | |
| 10. | Compact disc of audio of 7:50 p.m. telephone call, b/w Gerardo Gonzalez and Sean Cole | 10-26-05 | 10-26-05 |
| 11. | Transcript of 7:50 p.m. telephone call, b/w Gerardo Gonzalez and Sean Cole | 10-26-05 | |
| 12. | Compact disc of audio of 8:15 p.m. telephone call, b/w Gerardo Gonzalez and Sean Cole | 10-26-05 | 10-26-05 |
| 13. | Transcript of 8:15 p.m. telephone call, b/w Gerardo Gonzalez and Sean Cole | 10-26-05 | |
| 14. | Video disc of meeting w/ Mia Rojas, Gerardo Gonzalez, Sean Cole, Gilbert Matta, and Jessica Mesa | 10-26-05 | 10-26-05 |
| 15. | Transcript of meeting w/ Mia Rojas, Gerardo Gonzalez, Sean Cole, Gilbert Matta, and Jessica Mesa (8 pages) | 10-26-05 | 10-26-05 |
| 16. | Waiver of rights form of Gilbert Matta | | |
| 17. | Written statement of Gilbert Matta | | |
| 18. | Waiver of rights form of Jessica Mesa | | |

i

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 19. | Written statement of Jessica Mesa | | |
| 20. | Plea agreement of Mia Mary Rojas (8 pages) | 10-26-05 | 10-26-05 |
| 21. | Plea agreement of Gerardo Gonzalez (8 pages) | 10-26-05 | 10-26-05 |
| 22. | Plea agreement of Annette Gonzalez | | |
| 23. | Plea agreement of Sean Cole (8 pages) | 10-26-05 | 10-26-05 |
| 24. | Plea agreement of John Timothy Peralta | | |
| 25. | Guam Customs/Agriculture Declaration Form | 10-26-05 | 10-26-05 |
| 26. | Verizon cellular phone | 10-26-05 | 10-26-05 |
| 27. | Photos of a Verizon cellular phone | 10-26-05 | 10-26-05 |
| 28. | GTA records | ~~~~ | 10-26-05 |
| 29. | IT&E records | | 10-26-05 |
| 30. | 2 Page Map, depicting the area where the Mattis Mesa residence is located | 10-26-05 | 10-26-05 |
| 31. | Plea agreement of Jessica Mesa | 10-26-05 | |

```
                                           FILED
                                    DISTRICT COURT OF GUAM

                                         OCT 2 6 2005

                                        MARY L.M. MORAN
                                        CLERK OF COURT
```

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00039-005 |
| | ) | |
| vs | ) | |
| | ) | |
| **GILBERT JOSE MATTA,** | ) | ACKNOWLEDGMENT OF EXHIBITS |
| | ) | |
| Defendant. | ) | |

I, the undersigned agent, am hereby designated as custodian of the exhibits listed below.

Upon request of the clerk of the court, I shall deliver said exhibits to the clerk forthwith.

Exhibit No.      Description

___2___          One bag containing 150.4 grams of methamphetamine HCL

Date: _10/26/2005_

Signature: [signed]

Print Name: John Buenas